| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Nicholas Fiorillo | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J. Shissias |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Data Equity Fund LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shisslak |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Equity Fund I LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shissiak |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X _____

Date/Time Printed: 12-21-2021 14:33:03                                      SCV027\ 04/2017

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Equity Fund 1 LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shissiak |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Self Storage Holdings LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shisslak |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

Date/Time Printed: 12-21-2021 14:33:03                                                    SCV027\ 04/2017

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Management LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shiaslak |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

Date/Time Printed: 12-21-2021 14:33:03                            SCV027\ 04/2017

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>GS Beverly LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shissler |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

Date/Time Printed: 12-21-2021 14:33:03
SCV027\ 04/2017

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>GS Gloucester LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shisslak |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

Date/Time Printed: 12-21-2021 14:33:03
SCV027\ 04/2017

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Beverly LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 12/21/2021 | Hon. Heidi E Brieger | Hon. Peter B Krupp | X Brenda J Shissial |

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X

Date/Time Printed: 12-21-2021 14:33:03    SCV027\ 04/2017

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2184CV02894 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Samuel B Spitalny et al vs. Nicholas Fiorillo et al | | Michael Joseph Donovan, Clerk of Court |
| To:<br>Gotspace Gloucester LLC | | COURT NAME & ADDRESS<br>Suffolk County Superior Court - Civil<br>Suffolk County Courthouse, 12th Floor<br>Three Pemberton Square<br>Boston, MA 02108 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:
George A McLaughlin, III, Esq.
The McLaughlin Brothers, P.C.
One Washington Mall 16th Floor
Boston, MA 02108

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

Date: 12/29/2021
Time: 11:00 AM
Event: Hearing on Equity Issue
Session Location: Civil H / BOS-10th FL, CR 1015 (SC)

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED<br>12/21/2021 | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness:<br>Hon. Heidi E Brieger | ASSOCIATE JUSTICE<br>Hon. Peter B Krupp | ASSISTANT CLERK<br>X Brenda J Shisslak |
|---|---|---|---|

**RETURN OF SERVICE**

I hereby certify and return that on _____, I served a copy of this summons, together with a copy of the Complaint.

PARTY NAME:
X